# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SHIPPING AND TRANSIT LLC, | CV 16-03916 TJH (ASx) |
| Plaintiff, | |
| v. | Order To Show Cause re: Dismissal |
| TANNER GOODS, | |
| Defendant. | |

The Court has reviewed Plaintiff's complaint.

In the absence of a waiver or, where the Defendant has not answered, the Court may raise, *sua sponte*, the issue of whether venue is proper in this judicial district by ordering Plaintiff to show cause why this action should not be dismissed. *See Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986). Here, it is not clear from the complaint that the Central District of California is the proper venue for this action under either 28 U.S.C. §§ 1391 or 1400(b). Accordingly,

It is Ordered that Plaintiff is Ordered to Show Cause, if it has any, why this action should not be dismissed, *sua sponte*, for improper venue. Plaintiff shall file a written response to this Order to Show Cause by July 11, 2016. Defendant may file a brief in opposition to Plaintiff's written response no later than seven days after

1 | Plaintiff's response is filed. Plaintiff may file a reply brief no later than seven days
2 | after any Defendant's opposition is filed. The matter will then stand submitted.

3 |      𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Plaintiff shall serve Defendant a copy of this Order
4 | by July 11, 2016. Upon completion of service, Plaintiff shall electronically file a proof
5 | of service.

7 | Date: June 21, 2016

                                                               _____
                                                               𝕿𝖊𝖗𝖗𝖞 𝕵. 𝕳𝖆𝖙𝖙𝖊𝖗, 𝕵𝖗.
                                             𝕾𝖊𝖓𝖎𝖔𝖗 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊